SO ORDERED.

Dated: December 28, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30941

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Linda Cheney<br>       Debtor.<br>_____<br>Wachovia Mortgage Corporation<br>       Movant,<br>  vs.<br><br>Linda Cheney, Debtor, Andrew S. Nemeth, Trustee.<br><br>       Respondents. | No. 2:10-BK-35694-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 25, 2007 and recorded in the office of the MARICOPA County Recorder wherein Wachovia Mortgage Corporation is the current beneficiary and Linda Cheney has an interest in, further described as:

> UNIT 60, OF TIFFANY SQUARE, ACCORDING TO DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED AS 83-291657, AMENDED AS 84-56303; CERTIFICATE OF CORRECTION RECORDED AS 83-337349; DECLARATION OF ANNEXATION AS 86-167138 AND AS 85-573672; ENGINEERS CERTIFICATIONS RECORDED AS 85-476063, SECOND AMENDED RECORDED AS 84-360088; THIRD AMENDED AS 85-424181; FOURTH AMENDED AS 85-573671, ALL OF OFFICIAL RECORDS AND ACCORDING TO THE MAP OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA RECORDED IN BOOK 253 OF MAPS, PAGE 46; IN BOOK 255 OF MAPS, PAGE 5; IN BOOK 256 OF MAPS, PAGE 41 AND IN BOOK 271 OF MAPS, PAGE 35.
>
> TOGETHER WITH A PROPORTIONATE INTEREST IN AND TO THE COMMON AREAS, AS SET FORTH IN SAID DECLARATION OF HORIZONTAL PROPERTY REGIME AND AS SHOWN ON SAID PLAT.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.